IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AMERICAN RESOURCES INSURANCE COMPANY, INC.,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v.  ) ) | CIVIL ACTION 07-0035-WS-M |
| **THE EVOLENO COMPANY, LLC, et al.,** ) ) | |
| **Defendants.** ) | |

## JUDGMENT

In accordance with the Court's order of October 23, 2008, the plaintiff shall have and recover from the defendant Susan Marino the sum of $4,000,000.00. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of plaintiff American Resources Insurance Company, Inc. and against defendant Susan Marino.

DONE this 23rd day of October, 2008.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE